IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01716-AP

ROBIN J. HOLMEN,

    Plaintiff,

 v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

LAURA RIDGELL-BOLTZ
Abbott Boltz, LLP
3515 S. Tamarac Drive, Suite 200
Denver, CO 80237
(303) 757-5000
laura.ridgellboltz@gmail.com

For Defendant:

TROY EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0017
Fax: (303) 844-0770
Tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:  08/13/08**

    B.    **Date Complaint Was Served on U.S. Attorney's Office:  10/14/08**

    C.    **Date Answer and Administrative Record Were Filed:  10/20/08**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

A.    **Plaintiff statement: Plaintiff cannot determine whether the administrative record is complete before a thorough review during briefing.**

B.    **Defendant statement: There are no issues with the accuracy or completeness of the Administrative Record.  Defendant believes the record is complete.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

A.    **Plaintiff's statement:  Plaintiff cannot determine whether she will submit additional evidence until thoroughly reviewing the administrative record.**

B.    **Defendant's Statement:  Defendant does not plan to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

A.    **Plaintiff states:  This case does not raise unusual claims or defenses.**

B.    **Defendant states:  This case does not raise unusual claims or defenses.**

**7. OTHER MATTERS**

A.    **Plaintiff: Plaintiff has no other matters at this time.**

B.    **Defendant:  Defendant has no other matters at this time.**

**8. BRIEFING SCHEDULE**

    A.        **Plaintiff's Opening Brief Due: December 9, 2008**

    B.        **Defendant's Response Brief Due: January 11, 2009**

    C.        **Plaintiff's Reply Brief (If Any) Due: February 3, 2009**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.        **Plaintiff's Statement: Plaintiff requests oral argument.**

    B.        **Defendant's Statement: Defendant does not request oral argument.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 17th day of <u>November</u>, 2008.

                                              BY THE COURT:

                                              *S/John L. Kane*
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Laura Ridgell-Boltz<br>LAURA RIDGELL-BOLTZ<br>Abbott Boltz, LLP<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>laura.ridgellboltz@gmail.com | TROY EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>By: THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0017<br>E-mail: tom.kraus@ssa.gov<br><br>Attorneys for Defendant |